UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **TIFFANY D. TYSON o/b/o B.D.T.** | * | **CIVIL ACTION NO.  17-0449** |
| **VERSUS** | * | **JUDGE TERRY A. DOUGHTY** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED** in its entirety, and therefore, this matter is hereby **DISMISSED WITH PREJUDICE.**

Monroe, Louisiana, this 23rd day of August, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**